Fill in this information to identify the case:

Debtor 1   Frederick Eugene Rodgers

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Illinois

Case number  19-19932

Official Form 410S1

# Notice of Mortgage Payment Change                                         12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Tiki Series III Trust

**Court claim no.** (if known): 18-1

**Last 4 digits** of any number you use to identify the debtor's account:  4  3  1  6

**Date of payment change:**
Must be at least 21 days after date of this notice    12/21/2019

**New total payment:**     $    1,585.51
Principal, interest, and escrow, if any

## Part 1:   Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☑ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____     New escrow payment:  $ _____

## Part 2:   Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☐ No
   ☑ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate:  5.750 %          New interest rate:  6.750 %

   Current principal and interest payment: $ 1,044.00    New principal and interest payment: $ 995.68

## Part 3:   Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
      (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

Official Form 410S1            Notice of Mortgage Payment Change            page 1

Debtor 1  **Frederick Eugene Rodgers**
        First Name    Middle Name    Last Name

Case number *(if known)* 19-19932

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Jon J. Lieberman
Signature

Date 11/14/2019

Print: **Jon J. Lieberman**
      First Name    Middle Name    Last Name

Title **Attorney for Creditor**

Company **Sottile & Barile, Attorneys at Law**

Address **394 Wards Corner Road, Suite 180**
        Number    Street

**Loveland**    **OH**    **45140**
City             State    ZIP Code

Contact phone **513-444-4100**

Email **bankruptcy@sottileandbarile.com**



323 5TH STREET (95501)
P.O. BOX 35
EUREKA, CA  95502
800-603-0836
FAX (707) 443-1562
8:00 a.m. - 5:00 p.m.  PST
Main Office NMLS #5985
Branch Office NMLS #9785

October 30, 2019

FREDERICK RODGERS
742 N. GLENWOOD PL.
AURORA, IL 60506

Para información en español llame al (800) 603-0836 ext 2643 o ext 2688

YOU ARE HEREBY NOTIFIED THAT SN SERVICINGCORPORATION, ITS EMPLOYEES, AGENTS AND ATTORNEYS ARE ATTEMPTING TO COLLECT THIS DEBT.  ANY INFORMATION THAT WE OBTAIN WILL BE USED FOR THAT PURPOSE. IF YOU HAVE PREVIOUSLY RECEIVED A DISCHARGE IN BANKRUPTCY AND THIS DEBT WAS NOT REAFFIRMED, THIS CORRESPONDENCE IS NOT AND SHOULD NOT BE CONSTRUED TO BE AN ATTEMPT TO COLLECT SUCH A DEBT AS YOUR PERSONAL LIABILITY, BUT IS INSTEAD A STEP IN THE ENFORCEMENT OF A MORTGAGE LIEN AGAINST YOUR PROPERTY.

Loan ID: ███████
PROPERTY ADDRESS: 742 N. GLENWOOD PL., AURORA, IL 60506

## NOTICE OF NEW PAYMENT ADJUSTMENT

SN Servicing has performed a review on your loan and in accordance with the terms of your Original ARM Note, your recent ARM Adjustment Notice dated October 28 has changed.

Effective with the December 21, 2019 payment, your new principal & interest payment is $995.68 and the interest rate is 6.75% which is based on an amortizing UPB of $148,255.22 over 324 months and will continue to adjust in accordance with the terms of the Original ARM Note.

Please continue to mail your payments as specified in your billing statement.  If you have any questions about this notice, you can contact us at the number below.

SN Servicing Corporation
Toll Free:  (800) 603-0836

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 19-19932 |
| Frederick Eugene Rodgers | Chapter 13 |
| Debtor. | Hon. Judge Janet S. Baer |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice of Mortgage Payment Change upon the above-named parties by electronic filing or, as noted below, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 394 Wards Corner Rd., Suite 180, Loveland, OH 45140 on November 14, 2019, before the hour of 5:00 p.m.

Scott Greenwood, Debtor's Counsel
ndil@geracilaw.com

Jason A. Kara, Debtor's Counsel
ndil@geracilaw.com

Glenn B. Stearns, Trustee
stearns_g@lisle13.com

Patrick S Layng, U.S. Trustee
ustpregion11.es.ecf@usdoj.gov

Frederick Eugene Rodgers, Debtor
742 N. Glenwood Pl.
Aurora, IL 60506

Dated: November 14, 2019

Respectfully Submitted,

/s/ Jon J. Lieberman
Jon J. Lieberman (OH 0058394)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor